Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION, f/k/a NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a Missouri corporation,

Plaintiff,

v.

SCI INFRASTRUCTURE, LLC, a Washington limited liability company; SCOCCOLO CONSTRUCTION, INC., a Washington corporation; MOUNTAIN PACIFIC CONTRACTORS, INC., a Washington corporation; LAZY WHEELS, LLC, a Washington limited liability company; PAC-3, LLC, a Washington limited liability company; AZTEC EQUIPMENT COMPANY, INC., a Washington corporation; SEATAC3, LLC, a Washington limited liability company; PRICOR TECHNOLOGIES, LLC, a Washington limited liability company; MARK SCOCCOLO and JENNIFER SCOCCOLO, individually and as their marital community; PATRICK SCOCCOLO, an individual; and ARMONDO SCOCCOLO and MAFALDA SCOCCOLO, individually and as their marital community,

Defendants.

NO. 2:26-cv-02712-RSL

STIPULATED MOTION AND ORDER TO STAY CASE FOR NINETY DAYS



**FRIEDRICH & DISHAW, PLLC**
92 Lenora Street, Suite 119
Seattle, Washington 98121
Tel: 206-360-7655

## I. STIPULATION AND RELIEF REQUESTED

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Swiss Re Corporate Solutions America Insurance Corporation, f/k/a North American Specialty Insurance Company ("Swiss Re"), and Defendants SCI Infrastructure, LLC; Scoccolo Construction, Inc.; Mountain Pacific Contractors, Inc.; PAC-3, LLC; Aztec Equipment Company, Inc.; SeaTac3, LLC; Pricor Technologies, LLC; Mark Scoccolo and Jennifer Scoccolo; Patrick Scoccolo; and Armondo Scoccolo and Mafalda Scoccolo (collectively, "Defendants"), by and through their undersigned counsel, jointly move the Court to stay this action, including all pending deadlines and proceedings, for ninety (90) days from the date of the Court's order.

## II. BACKGROUND

Swiss Re filed this action to enforce Defendants' obligations under a General Indemnity Agreement. Swiss Re moved for summary judgment on October 9, 2026. *See* ECF No. 16. The parties have since reached an agreement for resolution of this matter. As part of that agreement, the parties agreed to jointly request a ninety-day stay of this action. On November 9, 2026, Swiss Re withdrew its pending motion for summary judgment. *See* ECF No. 23.

## III. AUTHORITY AND GROUNDS FOR RELIEF

"A district court has 'broad discretion' to stay proceedings as an incident to its power to control its own docket[.]" *Avco Corp. v. Crews*, 76 F. Supp. 3d 1161, 1164 (W.D. Wash. 2015) (quoting *Clinton v. Jones*, 520 U.S. 681, 706 (1997)). "A court may, 'with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case.'" *Id.* (quoting *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863–64 (9th Cir. 1979)).



**FRIEDRICH & DISHAW, PLLC**
92 Lenora Street, Suite 119
Seattle, Washington 98121
Tel: 206-360-7655

A stay is appropriate here. The parties have reached an agreement that addresses the matters at issue in this action, and the steps required to carry out that agreement bear directly on whether further litigation will be necessary. A ninety-day stay is therefore efficient for the Court's docket and the fairest course for the parties. It avoids discovery, motion practice, and other litigation activity while the agreement is carried out. No party will be prejudiced, because all parties stipulate to the relief requested.

## IV. CONCLUSION

The parties therefore respectfully request that the Court stay this action for ninety (90) days from the date of the Court's order. The stay would suspend all pending deadlines, including those set by the Court's scheduling orders, for the reasons stated above. The parties further stipulate that, within seven (7) days after the stay expires, they will file either a stipulated dismissal or a joint status report advising the Court of the status of the case.

IT IS SO STIPULATED.

DATED this 18th day of November, 2026.

**FRIEDRICH & DISHAW, PLLC**

/s/ Paul K. Friedrich
Paul K. Friedrich, WSBA #43080
92 Lenora Street, Suite 119
Seattle, Washington 98121
Tel: 206-360-7655
Email: paulf@fdlawpllc.com

*Attorney for Plaintiff Swiss Re Corporate Solutions America Insurance Corporation, f/k/a North American Specialty Insurance Company*

**CARNEY BADLEY SPELLMAN, P.S.**

/s/Eric M. Liberman
Eric M. Liberman, WSBA # 52376
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104
Tel: 206-622-8020
Email: liberman@carneylaw.com

*Attorneys for Defendants*

**IT IS SO ORDERED**. This action is stayed until February 17, 2027. Within seven (7) days after the stay expires, the parties shall file either a stipulated dismissal or a joint status report advising the Court of the status of the case.

DATED this 19th day of November, 2026.

Robert S. Lasnik
United States District Judge